# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ALEXIS SPENCER,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    CAUSE NO.: 2:22-CV-250-JVB-JEM |
| ABILITY RECOVERY SERVICES, LLC,<br>      Defendant. | )<br>)<br>) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice [DE 8] filed by Plaintiff on January 10, 2023. A motion was not necessary, as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) would have been sufficient.

Nonetheless, in the interest of justice, the Court hereby **GRANTS** the Motion to Dismiss with Prejudice [DE 8] and **ORDERS** this cause of action **DISMISSED with prejudice**, with all parties to bear their own costs.

The Court **DENIES as moot** Plaintiff's Motion to Enforce Settlement Agreement [DE 6].

SO ORDERED on January 10, 2023.

                                              s/ Joseph S. Van Bokkelen
                                              JOSEPH S. VAN BOKKELEN, JUDGE
                                              UNITED STATES DISTRICT COURT